# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02316-NYW

THE COLORADO RIVER ECOSYSTEM,
a/n/f DEEP GREEN RESISTANCE,
THE SOUTHWEST COALITION,
DEANNA MEYER,
JENNIFER MURNAN,
FRED GIBSON,
SUSAN HYATT,
WILL FALK,
OWEN LAMMERS, individually as the Living Rivers Executive Director, and
JOHN WEISHEIT, individually as the "Colorado Riverkeeper,"

      Plaintiff,

v.

STATE OF COLORADO, and
JOHN W. HICKENLOOPER, in his Official Capacity as
Governor of the State of Colorado

      Defendant.

## ORDER DENYING MOTION TO DISMISS AS MOOT

Magistrate Judge Nina Y. Wang

      This case is before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c) and the Order of Reference dated October 25, 2017 [#14]. On October 17, 2017, Defendant filed a Motion to Dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectively. [#10]. On November 3, 2017, Plaintiff filed a notice of filing amended pleading as a matter of right under Federal Rule of Civil Procedure 15(a)(1). Plaintiff filed a clean version of the Amended Complaint on November 7, 2017. *See* [#19].

      An amended pleading supersedes the pleading it modifies, and thus any motion to dismiss then pending is mooted because it is directed at an inoperative pleading. *See Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006). Accordingly, the court finds that the Motion to Dismiss is moot, because it is now directed at an inoperative pleading. *See Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11,

2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."). The court is aware of Defendant's Rule 12(b)(1) arguments directed at the original Complaint, and that those arguments likely survive the amendment. However, I find that the more efficient and appropriate course of action is for Defendant to re-assert any arguments for dismissal of the action along with any other argument aimed at the Amended Complaint, in a subsequent motion to dismiss.

**IT IS ORDERED** that the Motion to Dismiss [#10] is **DENIED as MOOT**.

DATED: November 7, 2017          BY THE COURT:

                                 s/Nina Y. Wang_____
                                 Nina Y. Wang
                                 United States Magistrate Judge