JASON FLORES-WILLIAMS
LAW OFFICE OF JASON FLORES-WILLIAMS
1851 BASSETT, STE 509
DENVER, CO 80202
303-514-4524
JFW@JFWLAW.NET
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THE COLORADO RIVER ECOSYSTEM, <br><br> a/n/f <br><br> DEEP GREEN RESISTANCE, THE SOUTHWEST COALITION, DEANNA MEYER, JENNIFER MURNAN, FRED GIBSON, SUSAN HYATT, WILL FALK; OWEN LAMMERS, individually as the Living Rivers Executive Director; and JOHN WEISHEIT, individually as the "Colorado Riverkeeper", <br><br> Plaintiff, <br><br> vs. | Case No.: 17cv02316 – NYW <br><br> **UNOPPOSED MOTION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE** |

MOTION TO DISMISS - 1

STATE OF COLORADO, JOHN W. HICKENLOOPER,

in his Official Capacity as Governor of the State of Colorado;

Defendant.

**MOTION**

COMES NOW Plaintiff Colorado River Ecosystem, by and through undersigned counsel, and respectfully moves this Honorable Court to dismiss the Amended Complaint with prejudice, based on the following:

1. Plaintiff filed the Complaint **[Doc. 1]** with this Court on September 25, 2017.
2. The State of Colorado filed a Motion To Dismiss for Lack of Jurisdiction on October 17, 2017. **[Doc. 10].**
**3.** All parties consented to the Magistrate jurisdiction of Honorable Nina Y. Wang on October 25, 2017. **[Doc. 15].**
4. Plaintiff filed an Amended Complaint Pursuant to D.C.COLO.LCIV. R 15.1(A) on November 3, 2017. **[Doc. 17].**
5. The State of Colorado filed Motion to Dismiss Amended Complaint for Lack of Jurisdiction on December 1, 2017. **[Doc. 23].**
6. The Complaint represented a good faith attempt to introduce the Rights of Nature doctrine to our jurisprudence. The rights of nature—specifically, the legal standing of

MOTION TO DISMISS - 2

natural entities—was first recognized by the Honorable William O. Douglas in his dissent in *Sierra Club v. Morton* and is being increasingly utilized as a legal doctrine by countries around the world.[1]

7. The undersigned continues to believe that the doctrine provides American courts with a pragmatic and workable tool for addressing environmental degradation and the current issues facing the Colorado River.

8. That said, the expansion of rights is a difficult and legally complex matter. When engaged in an effort of first impression, the undersigned has a heightened ethical duty to continuously ensure that conditions are appropriate for our judicial institution to best consider the merits of a new canon.

9. After respectful conferral with opposing counsel per D.C.COLO.LCivR 7.1(A), Plaintiff respectfully moves this Honorable Court to dismiss the Amended Complaint with prejudice.

Respectfully submitted this the 3rd day of December 2017,

        s/Jason Flores-Williams, Esq.
        *Counsel for Plaintiff*
        Phone: 303-514-4524
        Email: Jfw@jfwlaw.net
        1851 Bassett St.
        #509
        Denver, Colorado 80202

---

[1] 405 U.S. 727 (1972).

MOTION TO DISMISS - 3

**CERTIFICATE OF SERVICE**

I hereby certify that I filed electronically the above Pleading via the CM ECF system causing it to be served upon opposing counsel 12/3/17.

s/Jason Flores-Williams

Attorney For Plaintiff

MOTION TO DISMISS - 4