**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02316-NYW

THE COLORADO RIVER ECOSYSTEM,
a/n/f DEEP GREEN RESISTANCE,
THE SOUTHWEST COALITION,
DEANNA MEYER,
JENNIFER MURNAN,
FRED GIBSON,
SUSAN HYATT,
WILL FALK,
OWEN LAMMERS, individually as the Living Rivers Executive Director, and
JOHN WEISHEIT, individually as the "Colorado Riverkeeper,"

    Plaintiff,

v.

STATE OF COLORADO,
JOHN W. HICKENLOOPER, in his Official Capacity as
Governor of the State of Colorado

    Defendant.

## ORDER

Magistrate Judge Nina Y. Wang

    This case is before the undersigned Magistrate Judge on Defendants State of Colorado and John W. Hickenlooper's Motion to Dismiss Amended Complaint, [#23], and Plaintiff Colorado River Ecosystem's Motion to Dismiss Amended Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), [#24]. The matter is before the court pursuant to 28 U.S.C. § 636(c) and the Order of Reference dated October 25, 2017 [#14].

    Though dismissal pursuant to Rule 41(a)(1)(A)(i) should be self-effectuating, out of an abundance of caution, **IT IS ORDERED** that:

1. Plaintiff's Motion to Dismiss the Amended Complaint [#24] is **GRANTED**;
2. Defendants' Motion to Dismiss the Amended Complaint [#23] is **DENIED as MOOT**;
3. The Amended Complaint is **DISMISSED with prejudice**; and
4. The Clerk of the Court is **DIRECTED to TERMINATE** the case.

DATED:  December 4, 2017                    BY THE COURT:

                                                           s/Nina Y. Wang_____
                                                           Nina Y. Wang
                                                           United States Magistrate Judge